**EXHIBIT A**



**synergy care**
I N C.
*Rehabilitating People and Business*

February 7, 2011

Ashley Shelton, COTA

· Mrs. Shelton,

    Due to multiple issues presented to Synergy Care by our customer, and at the request of our customer, Synergy Care has deemed it necessary to present you with this notice of termination, effective immediately.

    Your accumulated PTO will be paid out on your final paycheck, and should you have any questions regarding insurance or other benefits, please contact Human Resources at (337) 310-8500. If I can be of any help during this transition, please let me know.

Sincerely,

**Michael Laudadio, MPT**
*Area Rehab Manager*
*Synergy Care, Inc.*
*Office* (830) 331-8550
*Fax* (830) 331-8551
*Cell* (337)396-5656
mlaudadio@synergycare.com
http://www.synergycare.com

127 West Broad Street, Suite 850  Lake Charles, LA  70602  t: 337.310.8500  f: 888.241.3028
*A Broussard Group Company*



EXHIBIT B

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| [X] FEPA <br> [X] EEOC | 450-2011-02098 |

## TEXAS WORKFORCE COMMISSION – CIVIL RIGHTS DIVISION
State or local Agency, if any

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Ms. Ashley Shelton | 903.575.1336 |
| STREET ADDRESS / CITY, STATE AND ZIP CODE | DATE OF BIRTH |
| 59 CR 1333    Mount Pleasant, TX 75455 | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Synergy Care, Inc. | 15+ | 830.331.8550 |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
| 127 West Broad Street | Lake Charles, LA 70601 | Calcasieu |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)):

[ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] AGE
[ ] RETALIATION  [ ] NATIONAL ORIGIN  [X] DISABILITY  [ ] OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA): 01.19.11   LATEST (ALL): 02.07.11

[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I worked for Synergy Care, Inc. in Mount Pleasant, Titus County, Texas – specifically, at one of the company's customers called "Villa of Mount Pleasant," located at 1714 N. Edwards Avenue, Mount Pleasant, TX 75455.

I am pregnant. On January 19, 2011, my doctor, Melissa Slovak-Tucker, MD, placed me on bed rest indefinitely due to premature contractions. The company then placed me on FMLA leave. While I was still on FMLA leave, and while I was still pregnant, my employer fired me. My employer did this on February 7, 2011 when my supervisor, Michael Laudadio, transmitted an email with a termination letter attached. A copy of the termination letter is attached to this charge. Synergy replaced me with someone who was not pregnant. At this same time my employer fired a co-worker of mine, Ms. Katy Shipp. She was also pregnant, and the company knew she was pregnant. I believe Synergy replaced her with a male.

I believe that my pregnancy, as well as the medical complications from my pregnancy, were motivating factors in Synergy's decision to fire me. Accordingly, in addition to violating the FMLA, I believe that Synergy violated Title VII of the Civil Rights Act of 1964, as amended, the Americans with Disabilities Act of 1990, as amended by the ADA Amendments Act of 2008, and Chapter 21 of the Texas Labor Code.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedure.

I declare under penalty of perjury that the foregoing is true and correct.

2-18-11
Date / Charging Party (Signature)

NOTARY - (When necessary for State and Local Requirements)

Mary Thompson

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year)
2-18-11

EEOC FORM 5 (10/94)



MARY THOMPSON
Notary Public State of Texas
Commission Expires
FEBRUARY 14, 2013



**synergy care**
I N C.
*Rehabilitating People and Business*

February 7, 2011

Ashley Shelton, COTA

Mrs. Shelton,

    Due to multiple issues presented to Synergy Care by our customer, and at the request of our customer, Synergy Care has deemed it necessary to present you with this notice of termination, effective immediately.

    Your accumulated PTO will be paid out on your final paycheck, and should you have any questions regarding insurance or other benefits, please contact Human Resources at (337) 310-8500. If I can be of any help during this transition, please let me know.

Sincerely,

**Michael Laudadio, MPT**
*Area Rehab Manager*
**Synergy Care, Inc.**
*Office* **(830) 331-8550**
*Fax* **(830) 331-8551**
*Cell* **(337)396-5656**
mlaudadio@synergycare.com
http://www.synergycare.com

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
DALLAS DISTRICT OFFICE
2011 FEB 25  PM 4: 19
RECEIVED

127 West Broad Street, Suite 850  Lake Charles, LA 70602  t: 337.310.8500  f: 888.241.3028
*A Broussard Group Company*






EEOC Form 161-B (11/09)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**NOTICE OF RIGHT TO SUE** *(ISSUED ON REQUEST)*

| | |
|---|---|
| To: Ashley Shelton<br>59 Cr 1333<br>Mount Pleasant, TX 75455 | From: Dallas District Office<br>207 S. Houston St.<br>3rd Floor<br>Dallas, TX 75202 |

[ ] On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 450-2011-02098 | Cecil Warren,<br>Senior Investigator | (214) 253-2835 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA must be filed in a federal or state court **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosures(s)

Michael C. Fetzer,
Director

8/25/11
(Date Mailed)

cc: Andrea Billien
Vice President of Operation
SNYERGY CARE, INC.
127 West Broad St.
Lake Charles, LA 70601

Wade A. Forsman
Attorney & Counselor at Law
P.O. Box 918
Sulphur Springs, TX 75483

CIVIL CASE INFORMATION SHEET

CAUSE NUMBER (FOR CLERK USE ONLY): 35,914        COURT (FOR CLERK USE ONLY): _____

STYLED Ashley Shelton v. Synergy Care, Inc.
(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case, or when a post-judgment motion for modification or enforcement is filed in a family law case. The information should be the best available at the time of filing. This sheet, approved by the Texas Judicial Council, is intended to collect information that will be used for statistical purposes only. It neither replaces nor supplements the filings or service of pleading or other documents as required by law or rule. The sheet does not constitute a discovery request, response, or supplementation, and it is not admissible at trial.

| 1. Contact information for person completing case information sheet: | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|
| Name: Wade Forsman  Email: forsmanlaw@verizon.net | Plaintiff(s)/Petitioner(s): Ashley Shelton | ☒ Attorney for Plaintiff/Petitioner ☐ Pro Se Plaintiff/Petitioner ☐ Title IV-D Agency ☐ Other: |
| Address: P.O. Box 918  Telephone: 903.689.4144 | | Additional Parties in Child Support Case: |
| City/State/Zip: Sulphur Springs, TX 75483-0918  Fax: 903.689.7001 | Defendant(s)/Respondent(s): Synergy Care, Inc. | Custodial Parent: |
| Signature: /s/ Wade A. Forsman  State Bar No: 07264257 | | Non-Custodial Parent: |
| | [Attach additional page as necessary to list all parties] | Presumed Father: |

2. Indicate case type, or identify the most important issue in the case (select only 1):

| Civil | | | | Family Law | |
|---|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
| Debt/Contract | ☐ Assault/Battery | ☐ Eminent Domain/Condemnation | | ☐ Annulment | ☐ Enforcement |
| ☐ Consumer/DTPA | ☐ Construction | ☐ Partition | | ☐ Declare Marriage Void | ☐ Modification—Custody |
| ☐ Debt/Contract | ☐ Defamation | ☐ Quiet Title | | Divorce | ☐ Modification—Other |
| ☐ Fraud/Misrepresentation | Malpractice | ☐ Trespass to Try Title | | ☐ With Children | **Title IV-D** |
| ☐ Other Debt/Contract | ☐ Accounting | ☐ Other Property: | | ☐ No Children | ☐ Enforcement/Modification |
| Foreclosure | ☐ Legal | | | | ☐ Paternity |
| ☐ Home Equity—Expedited | ☐ Medical | **Related to Criminal Matters** | | **Other Family Law** | ☐ Reciprocals (UIFSA) |
| ☐ Other Foreclosure | ☐ Other Professional Liability: | ☐ Expunction | | ☐ Enforce Foreign Judgment | ☐ Support Order |
| ☐ Franchise | ☐ Motor Vehicle Accident | ☐ Judgment Nisi | | ☐ Habeas Corpus | **Parent-Child Relationship** |
| ☐ Insurance | ☐ Premises | ☐ Non-Disclosure | | ☐ Name Change | ☐ Adoption/Adoption with Termination |
| ☐ Landlord/Tenant | Product Liability | ☐ Seizure/Forfeiture | | ☐ Protective Order | ☐ Child Protection |
| ☐ Non-Competition | ☐ Asbestos/Silica | ☐ Writ of Habeas Corpus—Pre-indictment | | ☐ Removal of Disabilities of Minority | ☐ Child Support |
| ☐ Partnership | ☐ Other Product Liability, List Product: | ☐ Other: | | ☐ Other: | ☐ Custody or Visitation |
| ☐ Other Contract: | ☐ Other Injury or Damage: | | | | ☐ Gestational Parenting |
| | | | | | ☐ Grandparent Access |
| **Employment** | **Other Civil** | | | | ☐ Paternity/Parentage |
| ☒ Discrimination | ☐ Administrative Appeal | ☐ Lawyer Discipline | | | ☐ Termination of Parental Rights |
| ☐ Retaliation | ☐ Antitrust/Unfair Competition | ☐ Perpetuate Testimony | | | ☐ Other Parent-Child: |
| ☐ Termination | ☐ Code Violations | ☐ Securities/Stock | | | |
| ☐ Workers' Compensation | ☐ Foreign Judgment | ☐ Tortious Interference | | | |
| ☐ Other Employment: | ☐ Intellectual Property | ☐ Other: | | | |
| **Tax** | **Probate & Mental Health** | | | | |
| ☐ Tax Appraisal | Probate/Wills/Intestate Administration | ☐ Guardianship—Adult | | | |
| ☐ Tax Delinquency | ☐ Dependent Administration | ☐ Guardianship—Minor | | | |
| ☐ Other Tax | ☐ Independent Administration | ☐ Mental Health | | | |
| | ☐ Other Estate Proceedings | ☐ Other: | | | |

3. Indicate procedure or remedy, if applicable (may select more than 1):

| | | |
|---|---|---|
| ☐ Appeal from Municipal or Justice Court | ☐ Declaratory Judgment | ☐ Prejudgment Remedy |
| ☐ Arbitration-related | ☐ Garnishment | ☐ Protective Order |
| ☐ Attachment | ☐ Interpleader | ☐ Receiver |
| ☐ Bill of Review | ☐ License | ☐ Sequestration |
| ☐ Certiorari | ☐ Mandamus | ☐ Temporary Restraining Order/Injunction |
| ☐ Class Action | ☐ Post-judgment | ☐ Turnover |

Misc. Docket No. 10-9062                    4 of 4

A TRUE COPY
of the original hereof, I certify
DEBRA ABSTON
District Court Clerk
Titus County, Texas
This 4th day of November 20 11
By /s/ Renee Blanton
         Deputy Clerk